AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 20 2017

ARTHUR JOHNSTON
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Marcus Ladell Moody a/k/a Spud | ) ) ) ) ) | Case No. 1:17mj569 |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 17, 2017__ in the county of __Jackson__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance, to wit, 500 grams or more of methamphetamine a schedule II narcotic drug controlled substance. |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

George Collins, Task Force Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/20/2017

_____
Judge's signature

City and state: Gulfport, MS

Robert H. Walker, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

STATE OF MISSISSIPPI,

COUNTY OF GREENE

### A. Background and Experience of Officer

1. Affiant, George Collins, is employed with the Jackson County, Mississippi Sheriff's Office and is assigned to the Federal Bureau of Investigation Safe Street's Task Force and as such is empowered under Title 21, United States Code, Section 878, to enforce Title 21 and Title 18 and other criminal laws of the United States. In that capacity, Task Force Agent Collins has participated in and has conducted investigations of individuals who have smuggled, received, and distributed controlled substances, as well as the seizure of illegal drugs. Affiant has been involved in various types of electronic surveillance, in the execution of search and arrest warrants, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances.

### B. Facts and Circumstances

1. On September 1, 2016, a Confidential Informant (CI), provided to a Federal Task Force Agent that he had made multiple purchases of Methamphetamine from Marcus Ladell **MOODY**, aka: "Spud." These purchases, according to the CI, were between two and four ounces.

2. On Tuesday, September 20, 2016, at approximately 1:38 P.M., a Confidential Informant purchased approximately 480.0 grams of Methamphetamine for $ 6,500.00

from LeArthur Silas, aka "Lil A." This purchase occurred at 1124 Highway 57, McLain, Greene County, Mississippi, the home of **MOODY**. During the purchase, **MOODY** was present at the residence.

3. On Wednesday, October 19, 2016, at approximately 1:30 P.M., a Confidential Informant purchased 55.05 grams of Methamphetamine, with a purity of 84%, from Moody.

4. On June 29, 2017, at approximately 12:40 P.M., Southeast Mississippi Narcotics Task Force (SEMNTF) utilized a Confidential Informant to purchase 1.0 gram of Methamphetamine from a suspect in an unrelated case. During the purchase, the suspect took the CI to meet with his supplier and obtained the Methamphetamine. Mississippi Bureau of Narcotics (MBN) Agent Justin Strahan and SEMNTF Agent Drew Downing were conducting surveillance during the purchase when Agents witnessed the suspect and CI meet with a black Dodge Challenger. This vehicle is known to be driven by **MOODY**. It is believed by Agents that **MOODY** was the driver of the vehicle during this purchase. When the CI was debriefed, she stated that the suspect had taken a rifle and made an unsuccessful attempt to trade it to the supplier for more Methamphetamine.

5. On July 14, 2017, Postal Inspectors requested assistance from the Richland, Mississippi Police Department K-9 Unit in regards to a package. K-9 Officer Ed Steed, and his certified K-9 "TJ," responded to assist. K-9 Officer Steed conducted a multi-parcel inspection that included the suspect parcel. After completing his inspection with "TJ,"

K-9 Officer Steed advised that a positive alert to the presence of narcotics was received from the package.

6. On this same day, Postal Inspectors from the U.S Postal Inspection Service Office in Mobile, Alabama, investigated the package in which the alert was received. The package was addressed to Terrel Moody, 1124 Hwy 57, McLain MS. The return address associated with the package was Sally's Auto Care, 14543 Hespena Road, Victorville, California.

7. The U.S. Postal Inspector obtained a search warrant for the aforementioned package. On searching the package, approximately ten (10) lbs of Methamphetamine was discovered.

8. On July 17, 2017, MBN Agent Justin Strahan obtained a Search Warrant for 1124 Highway 57, McLain, Mississippi, in preparation for a controlled delivery to the residence. After the Search Warrant was obtained, U.S. Postal Inspector Bobby Gechijian delivered the package to the residence. On delivery, the package was received by **MOODY**'s daughter. Immediately, FBI Task Force Agent Stacy Eubanks, MBN Agent Justin Strahan, and other agents arrived at the residence to conduct the search warrant. On arrival, Agents observed **MOODY** flee out the rear door carrying the package. Agents witnessed **MOODY** throw the package into a trash container moments before he was placed under arrest by Agents.

9. During the search of **MOODY**'s residence, 8 firearms were located and seized. These firearms were seized due to the fact **MOODY** is a convicted felon. In addition to the firearms, Vice Lord Street Gang related material was also seized.

10. Agent Strahan performed a field test on the substance within the package and it returned a positive response for the presence of Methamphetamine.

11. Following the arrest, **MOODY**, after waiving Miranda, was interviewed and admitted that he was a Chief Lieutenant in the Vice Lords Street Gang.

12. Based on the forgoing, your Affiant believes that probable cause exists showing that Marcus Ladell Moody violated Title 21 U.S.C. § 841(a)(1), in that **MOODY** possessed a controlled substance with intent to distribute.

George Collins, Task Force Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED BEFORE ME, this the 20TH day of July, 2017.

ROBERT H. WALKER
United States Magistrate Judge